Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | FILED | ____ LODGED |
|---|---|---|
| ____ RECEIVED | ____ COPY | |

OCT 2 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

_____ District of A-Z _____

_____ Division

Ashly S. Horvath
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Camden Property Trust
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ___ **CV23-02211-PHX-SPL**
_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ashly S Horvath |
| Street Address | 17489 N th 63rd Dr |
| City and County | Glendale, Maricopa |
| State and Zip Code | AZ 85306 |
| Telephone Number | 602 518 8365 |
| E-mail Address | ashly1a17@ymail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                            *Camden Property trust*

    Job or Title *(if known)*

    Street Address                *11 Greenway Plaza, Suite 2400*

    City and County             *Housten, Harris*

    State and Zip Code         *TX 77046*

    Telephone Number         *713-354-2500*

    E-mail Address *(if known)*

Defendant No. 2

    Name                            *Richard J. Campo, Chairman, CEO*

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name                            *D. Keith Oden, Executive Vice Chairman*

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name                            *Mark David Gibson, Independent Trustee*

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of Title VII of the civil Rights Act

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* Ashly S. Horvath , is a citizen of the State of *(name)* Arizona .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

b.      If the defendant is a corporation

The defendant, *(name)* _Camden Property Trust_ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _Texas_____.
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

-Due to ongoing healthcare cost
-Due to inability to gain meaningfully, full time employment
-Due to loss of life and inability to get pregnant
- Due to ongoing of pain and suffering

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff entered at-will employment with Defendant on 6/14/2021. On Aug 14 2021 Plaintiff was notified via email by Defendant of mandatory requirement of proof of vaccination against the Covid-sars 11 virus by Oct 11 2021. On Aug 20 2021, pursuant to Defendant's expessed requirement for religious exemption from the mandate, Plaintiff submitted said religious exemption in lieu of recieving said required vaccination. On Sept 3 2021, Plaintiff received notice of Denial of exemption from Defendant, with no explanation provided. On Oct 6 2021, Plaintiff recieved the Johnson + Johnson vaccine pursuant to defendants mandate. Begining in October 2022 and subsequent thereof Plaintiff began experiencing the physical symptoms of chronic fibromyalgia, loss of 2 pregnancies inability to get pregnant again.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Due to Defendants' coercion of plaintiff to take the vaccination via threat of loss of employment due to non-Compliance, and being in violation of Title VII of the Civil Rights Act. Plaintiff has suffered loss of life, loss of Health, and loss of gainful employment as well as ongoing pain, suffering and medical Costs. Damages are respectfully requested in the amount of $ 40,000,000.00. Plaintiff respectfully ask Court for a trial by Jury.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10-24-2023

Signature of Plaintiff

Printed Name of Plaintiff    Ashly Horvath

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address